**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        *Abderrahim Ennadi v. Sophie Andree Christine Ennadi*

Appellate case number:      01-21-00252-CV

Trial court case number:    2020-42242

Trial court:                280th District Court of Harris County, Texas


Appellant Abderrahim Ennadi has filed a motion for reconsideration of the panel's January 5, 2023 memorandum opinion.[1] The motion for rehearing is **denied**.

It is so **ORDERED**.

Judge's signature:  /s/ Amparo Guerra
                    ☐  Acting individually    ☒  Acting for the Court


Panel consists of Justices Kelly, Rivas-Molloy, and Guerra.


Date:  February 7, 2023

---

[1]     We interpret appellant's motion for reconsideration as a motion for rehearing by the panel.